No. 83–6823.  MOHR *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 83–6825.  WILSON ET AL. *v.* COLORADO.  Ct. App. Colo.  Certiorari denied.

No. 83–6826.  ADORNATO *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 83–6827.  WESSON *v.* COUGHLIN.  C. A. 2d Cir.  Certiorari denied.

No. 83–6831.  DURANT *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 83–6834.  ELYSEE *v.* CITY OF CHICAGO.  C. A. 7th Cir.  Certiorari denied.

No. 83–6835.  IRWIN *v.* FOLTZ, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 83–6836.  WRIGHT *v.* BARAN ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 83–6837.  OLIVER *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 83–6841.  CAMARILLO *v.* PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 83–6843.  REID *v.* ATTORNEY GRIEVANCE COMMISSION.  Sup. Ct. Mich.  Certiorari denied.

No. 83–6844.  WILLIAMS ET AL. *v.* AIR TRANSPORT WORKERS LOCAL 504 ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 83–6845.  SMITH *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 83–6847.  CHRISTMAS *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 83–6848.  HOLMES *v.* UNITED STATES; and
No. 83–6859.  HODGE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  Reported below: 725 F. 2d 1303.